UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ISREAL BENNETT,<br>            Plaintiff. | CIVIL ACTION |
| versus | CASE NO.:  2:10-CV-01727 |
|  | DIV. "R" (Vance) |
| QUALITEST PHARMACEUTICALS, INC., | SEC. "5" (Chasez) |
|             Defendant. | JURY DEMAND |

### O R D E R

After considering the Consent Motion to Stay Proceedings filed by defendant, Generics Bidco I, LLC, d/b/a Qualitest Pharmaceuticals, ("Generics Bidco"), the accompanying memorandum in support and exhibits attached thereto,

**IT IS ORDERED, ADJUDGED AND DECREED** that Generics Bidco's Consent Motion to Stay Proceedings be and is hereby GRANTED;

**IT IS FURTHER ORDERED** that the above captioned matter is stayed and ADMINISTRATIVELY CLOSED pending *certiorari* review by the United States Supreme Court in the matters of *Demahy v. Actavis, Inc.*, 593 F. 3d 428 (5th Cir. 2010) *certiorari granted* No. 09-1501, and *Mensing v. Wyeth, Inc.*, 588 F.3d 603 (8th Cir. 2009), *certiorari granted* Nos. 09-993 and 09-1039;

**IT IS FURTHER ORDERED** that any party may file a motion to reopen the case within 30 days of the Supreme Court's decision in *Demahy* and *Mensing*.

New Orleans, Louisiana, this  20th  day of January, 2011.

_____
J U D G E