UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ISREAL BENNETT                              CIVIL ACTION

VERSUS                                      NO: 10-1727

GENERICS BIDCO I, LLC                       SECTION: R(5)


**<u>ORDER</u>**

Review of *Demahy v. Wyeth, Inc., et al.* (Docket No. 08-3616) is still pending before the United States Fifth Circuit Court of Appeal. Accordingly, IT IS ORDERED that the above captioned matter is stayed and ADMINISTRATIVELY CLOSED pending final disposition of *Demahy v. Wyeth, Inc., et al.* (Docket No. 08-3616). Any party may seek to reopen this matter by filing a written motion thirty (30) days following final judgment in the *Demahy* case.

New Orleans, Louisiana, this 13th day of February, 2012.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE